```
 1
 2
 3
 4
 5                    IN THE UNITED STATES DISTRICT COURT
 6                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  FEDERAL TRADE COMMISSION,            )
                                         )    2:12-cv-00778-GEB-EFB
 9            Plaintiff,                 )
                                         )
10       v.                              )    RELATED CASE ORDER
                                         )
11  HOPE FOR CAR OWNERS, LLC; and        )
    PATRICK FREEMAN,                     )
12                                       )
              Defendants.                )
13  _____ )
    FEDERAL TRADE COMMISSION,            )
14                                       )    2:12-cv-00781-KJM-EFB
              Plaintiff,                 )
15                                       )
         v.                              )
16                                       )
    NAFSO VLM, INC.; KORE SERVICES,      )
17  LLC; NAYTHEM NAFSO; and MICHAEL      )
    KAMFIROOZIE,                         )
18                                       )
              Defendants.                )
19  _____ )
```

Plaintiff filed a "Notice of Related Cases" on March 27, 2012, in which it states:

> [T]he instant case is related to the following case, FTC v. NAFSO VLM, Inc., et al., Case No. 2:12-at-00393, that has also been filed in the Eastern District of California, Sacramento Division. The grounds for noticing these cases as related cases is as follows: both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise.

1

(ECF No. 2.) However, examination of the above-entitled actions does not indicate that their "assignment . . . to a single Judge is likely to effect a savings of judicial effort or economies[.]" E.D. Cal. R. 123(c). While similar preliminary questions of law may exist, the actions involve different defendants and would involve different factual issues. Therefore, the undersigned judge declines to relate the actions.

Dated:  March 28, 2012

GARLAND E. BURRELL, JR.
United States District Judge